684 A.2d 552

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Aaron JONES, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 18, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 18th day of November, 1996, in light of this Court's stay order entered November 12, 1996, at No. 206 Eastern District Miscellaneous Docket 1996, it is hereby ORDERED that Petitioner's Petition for the Exercise of King's Bench Powers and Motion for Telephone Access to Client Under Death Warrant is dismissed as moot but without prejudice to Petitioner to file in the Philadelphia Court of Common Pleas.